FLOYD L. BARLOW, Respondent, *v.* JACOB BAUER et al.,
Appellants.

*Real property — easements — adverse possession — right of way by
prescription over lands of defendant.*

*Barlow* v. *Bauer,* 207 App. Div. 157, affirmed.

(Argued October 14, 1924; decided November 25, 1924.)

APPEAL from a judgment, entered December 4, 1923,
upon an order of the Appellate Division of the Supreme
Court in the second judicial department, reversing a
judgment in favor of defendants entered upon a dismissal
of the complaint by the court on trial at Special Term
and directing judgment in favor of plaintiff adjudging
that he has a right-of-way over the defendants' lands
described in the complaint, enjoining the defendants from
obstructing or interfering with such right-of-way and
requiring them to remove all obstructions therefrom. The
complaint alleged a right-of-way, by prescription, from
plaintiff's premises over lands belonging to defendants to
the State highway. The answer was a general denial.

*William A. Parshall* for appellants.

*John Bright* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-
LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* HARRY F. MALCOLM, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 14, 1924; decided November 25, 1924.)

APPEAL from a judgment of the Supreme Court,
rendered January 16, 1924, at a Trial Term for the county
of Erie upon a verdict convicting the defendant of the
crime of murder in the first degree.

*Edwin Gaw Flanigen* and *William F. Schohl* for
appellant.

*Guy B. Moore, District Attorney (Walter F. Hofheins* of
counsel), for respondent.